# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

October 7, 2019

Lyle W. Cayce
Clerk

No. 19-50636
Summary Calendar

DR. LAKSHMI ARUNACHALAM,

Plaintiff - Appellant

v.

APACHE CORPORATION,

Defendant - Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:19-CV-352

Before CLEMENT, ELROD, and OLDHAM, Circuit Judges.

PER CURIAM:*

The district court dismissed this patent-infringement lawsuit without prejudice after Dr. Lakshmi Arunachalam disobeyed its orders and failed to pay a filing fee. On appeal, Dr. Arunachalam accuses the district court of misfeasance and violating the Constitution. We find no merit in any of the twenty-three issues of law identified.

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.